IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONALD A. GLISTA and WILLIAM L. ORR,

          Plaintiffs,

vs.

NORFOLK SOUTHERN RAILWAY COMPANY,

          Defendant.

Civil Action No. 2:14-cv-380-DSC

## STIPULATION OF DISMISSAL

AND NOW, come the parties to the above-captioned civil action, by and through their respective counsel, and do hereby stipulate to the dismissal of this action, with prejudice, and without fees, costs or disbursements to any party except as provided in the parties' settlement agreements.

December 11, 2014

| BUCHANAN INGERSOLL & ROONEY PC | NICHOLS KASTER, PLLP |
|---|---|
| By: /s/Kathleen Jones Goldman<br>    Robert S. Hawkins (Pa. Id. No. 39862)<br>    Kathleen Jones Goldman (Pa. Id. 90380)<br>    Joseph P. Sirbak (Pa. Id. No. 94273)<br>    One Oxford Centre, 20th floor<br>    301 Grant Street<br>    Pittsburgh, Pennsylvania 15219<br>    Phone: (412)-562-5271<br>    kathleen.goldman@bipc.com | By: /s/David Schlesinger<br>    James H. Kaster<br>    David Schlesinger<br>    (Admitted *pro hac vice*)<br>    4600 IDS Center<br>    80 S. 8th Street<br>    Minneapolis, MN  55402<br>    (612) 256-3202<br>    schlesinger@nka.com |
| Attorneys for Defendant Norfolk Southern Railway Company | Attorneys for Plaintiffs Donald A. Glista and William L. Orr |